# Dunham *v.* Dunham.

APPEAL from the Chancery Court of Montgomery.
Heard before the Hon. W. L. PARKS.

HORACE STRINGFELLOW and G. W. OWENS, for appellant.

FRANCIS G. CAFFEY, A. A. WILEY and J. M. CHILTON, *contra.*

The bill in this case was filed by the appellant, B. Dunham, against the appellee, his wife, seeking a divorce from the latter on the ground of adultery.

On a final submission of the cause upon the pleadings

and proof, the chancellor decreed that the complainant was entitled to the relief prayed for and granted the divorce.

On this appeal, in accordance with an agreement versed and a decree rendered dismissing the bill.

Opinion by SHARPE, J.